IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL KNEE and ERIC M. MURPHY, on behalf of themselves and those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>J.P. MORGAN RETIREMENT PLAN SERVICES, LLC; J.P. MORGAN CHASE BANK, N.A.; JPMAC HOLDINGS INC.; J.P. MORGAN CHASE & CO.; AND J.P. MORGAN INVESTMENT MANAGEMENT INC., d/b/a J.P. MORGAN ASSET MANAGEMENT,<br><br>*Defendants*. | Case No. 13-CV-6337 (VSB)<br>The Honorable Vernon S. Broderick |

## DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment, and the Declaration of Christopher A. Weals and exhibits thereto, Defendants will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 56, for an order granting Defendants summary judgment in the above-captioned action and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: May 12, 2014<br>Washington, D.C. | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br><br>By:  /s Gregory C. Braden<br>    Gregory C. Braden<br>    1111 Pennsylvania Avenue, NW<br>    Washington, D.C.  20004<br>    Tel. 202.739.5217<br>    Fax 202.739.3001<br>    gbraden@morganlewis.com<br><br>    Azeez Hayne<br>    1701 Market Street<br>    Philadelphia, PA  19103<br>    Tel. 215.963.5426<br>    Fax 215.963.5001<br>    ahayne@morganlewis.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2014, **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** was filed electronically and is available for viewing and downloading from the ECF system of the U.S. District Court for the Southern District of New York, and that I served the same via electronic filing on May 12, 2014 upon the following:

Kevin Madonna
KENNEDY & MADONNA, LLP
48 Dewitt Mills Rd.
Hurley, New York 12443
kmadonna@kennedymadonna.com

Thomas R. Meites
Michael M. Mulder
Elena N. Liveris
MEITES MULDER
321 S. Plymouth Ct., Ste. 1250
Chicago, Illinois 60604
trmeites@meitesmulder.com
mmmulder@meitesmulder.com
eliveris@meitesmulder.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL KONECKY LLP
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
gwotkyns@schneiderwallace.com

Jason Kim
Todd M. Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
jkim@schneiderwallace.com

Joseph Peiffer
PEIFFER ROSCA ABDULLAH & CARR, LLC
201 St. Charles Ave., Suite 4610
New Orleans, Louisiana 70170
jpeiffer@praclawfirm.com

Peter Mougey
Laura Dunning
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
316 So. Baylen Street, Suite 600
Pensacola, FL 32502
pmougey@levinlaw.com
ldunning@levinlaw.com

ATTORNEYS FOR PLAINTIFFS

         /s/ Gregory C. Braden
           Gregory C. Braden